# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5258**                       **September Term, 2024**

**1:23-cv-02172-BAH**

**Filed On:** April 22, 2025

America First Legal Foundation,

     Appellant

   v.

Federal Bureau of Investigation and United States Department of Justice,

     Appellees

     **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly concluded that the Federal Bureau of Investigation's search for responsive records was adequate based on its declarations that it had searched all files likely to contain responsive materials and that it did not share the materials directly with Congress. See Reporters Comm. for Freedom of the Press v. FBI, 877 F.3d 399, 402 (D.C. Cir. 2017). The district court also correctly concluded that the records were properly withheld under Exemption 7(C). See 5 U.S.C. § 552(b)(7)(C). Appellant has forfeited any argument that the records were not compiled for law enforcement purposes by failing to raise that argument in district court. See Keepseagle v. Perdue, 856 F.3d 1039, 1053 (D.C. Cir. 2017) ("It is well settled that issues and legal theories not asserted at the District Court level ordinarily will not be heard on appeal.") (citation omitted). Additionally, appellant has not demonstrated any public interest in disclosure that outweighs the strong privacy interests of the subject of the background investigation and the individuals interviewed as part of the investigation. See Dep't of Justice v. Reporters Comm. for Freedom of Press, 489 U.S. 749, 776 (1989). Because the district court correctly concluded that Exemption 7(C)'s categorical exemption applies to the withheld records, it did not need to analyze the applicability of any other exemption.

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5258**  **September Term, 2024**

     Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**